```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x     08 CV 4550

PEARSON EDUCATION, INC. AND            :
JOHN WILEY & SONS, INC.,
                                       :
              Plaintiffs,
                                       :
       -against-
                                       :
BRUCE ERLICHMAN D/B/A DOTTIE-MAX
AND JOHN DOE NOS. 1-5,                 :

              Defendants.              :

- - - - - - - - - - - - - - - - - - x
```



RECEIVED MAY 16 2008 U.S.D.C. S.D. N.Y. CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 5/16/08

William Dunnegan
SIGNATURE OF ATTORNEY