UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEARSON EDUCATION, INC. and                    Case No. 08-CV-4237
JOHN WILEY & SONS, INC.,
                        Plaintiffs,
    -against-                                  **AFFIDAVIT OF SERVICE**

BRUCE ERLICHMAN d/b/a DOTTIE-MAX
and JOHN DOES NOS. 1-5,

                        Defendants.
------------------------------------------------------------X
STATE OF NEW YORK    )
                     : S.S.
COUNTY OF NEW YORK   )

    JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an agent of MLQ ATTORNEY SERVICES, is over the age of eighteen years and is not a party to the action.

    That on the 27th day of May, 2008, at approximately 12:30 p.m., deponent attempted to serve a true copy of the **Summons and Complaint, Rules of Court and Judge's Rules** upon Bruce Erlichman d/b/a Dottie-Max at 305 East 40th Street, Apt. 2-R, New York, New York 10016. I asked the doorman to call up to the Erlichman apartment. He said that he knew that no one was in so he would not call the apartment.

    That on the 27th day of May, 2008, at approximately 8:55 p.m., deponent attempted to serve a true copy of the **Summons and Complaint, Rules of Court and Judge's Rules** upon Bruce Erlichman d/b/a Dottie-Max at 305 East 40th Street, Apt. 2-R, New York, New York 10016. I asked the doorman to call up to the Erlichman apartment. He said that he had been givens instructions NOT to call that apartment.

(1)

That on the 29th day of May, 2008, at approximately 8:55 p.m., deponent served a true copy of the **Summons and Complaint, Rules of Court and Judge's Rules** upon Bruce Erlichman d/b/a Dottie-Max at 305 East 40th Street, Apt. 2-R, New York, New York 10016 by personally delivering and leaving the same with "John Doe", doorman and a person of suitable age and discretion at that address, the actual place of residence of the defendant. At the time of service I asked the doorman to call up to the Erlichman apartment. The doorman refused to call up saying that he has instructions not to call that apartment. He refused to allow me up to deliver the documents to the defendant nor would he let me leave the documents at his apartment door. As such, I left the documents with the doorman as a person of suitable age and discretion at that address.

"John Doe" is a white male, approximately 30 years of age, stands approximately 6 feet tall, weighs approximately 170 pounds, with medium length black hair and light eyes.

That on the 3rd day of June, 2008, in accordance with the New York State Civil Practice Law and Rules, Section 308(4), and the Federal Rules of Civil Procedure, Rule 4(e)(1), deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney, or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Bruce Erlichman**
**d/b/a Dottie-Max**
**305 East 40th Street, Apt. 2-R**
**New York, New York 10016**

Sworn to before me this
3rd day of June, 2008

JOSEPH SANCHEZ #1155200

**MICHAEL J. KEATING**
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
**Qualified in New York County**
**Commission expires February 3, 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PEARSON EDUCATION, INC. and
JOHN WILEY & SONS, INC.,

           Plaintiffs,

-against-

BRUCE ERLICHMAN d/b/a DOTTIE-MAX
and JOHN DOES NOS. 1-5,

           Defendants.
-----------------------------------------------------------------X

Case No. 08-CV-4237

**AFFIDAVIT OF ATTEMPTED SERVICE**

STATE OF NEW YORK    )
                      : S.S.
COUNTY OF NEW YORK  )

    BOBBY ALI, being duly sworn, deposes and says that he is an agent of MLQ ATTORNEY SERVICES, is over the age of eighteen years and is not a party to the action.

    That on the 22nd day of May, 2008, at approximately 1:20 p.m., deponent attempted to serve a true copy of the **Summons and Complaint, Rules of Court and Judge's Rules** upon Bruce Erlichman d/b/a Dottie-Max at 305 East 40th Street, Apt. 2-R, New York, New York 10016. I asked the doorman to call up to the Erlichman apartment. He said that he called but did not receive an answer.

Sworn to before me this
2nd day of June, 2008

BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010