RECEIVED JUN 9 2008 CHAMBERS OF RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
PEARSON EDUCATION, INC. AND
JOHN WILEY & SONS, INC.

        Plaintiffs,

    -against-

BRUCE ERLICHMAN D/B/A/ DOTTIE-MAX
AND JOHN DOE NOS. 1-5,

        Defendants.
-------------------------------------X

Case No. 08 Civ. 4550 (RJH)

STIPULATION OF TIME
TO ANSWER COMPLAINT

    WHEREAS, Plaintiffs Pearson Education, Inc. and John Wiley & Sons, Inc. filed a complaint on May 16, 2008 against Defendants for copyright infringement, pursuant to 17 U.S.C. § 101, *et seq.*, trademark infringement, pursuant to 15 U.S.C. § 1051, *et seq.*, and state unfair competition; and

    WHEREAS, the parties in the above-captioned action wish to attempt to resolve the instant litigation.

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the Answer in the above-captioned action shall be filed and served on June 26, 2008.

Dated: New York, New York
       June 6, 2008

DUNNEGAN LLC

By /s/ William Dunnegan
William Dunnegan (WD 9316)
Megan L. Martin (MM4396)
Attorneys for Plaintiffs
Pearson Education, Inc. and
John Wiley & Sons, Inc.
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

1

Dated: New York, New York  
       June 6, 2008

LAW OFFICES OF KAREN J. BERNSTEIN, LLC

By: _____  
Karen J. Bernstein (KB 6753)  
Attorney for Defendants  
100 Park Avenue, Suite 1600  
New York, New York 10017  
(212) 339-9955

SO ORDERED:

_____  
United States District Judge  
6/10/08

Dated: New York, New York  
     _____, 2008

2