UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC. AND
JOHN WILEY & SONS, INC.,

        Plaintiffs,

  -against-

BRUCE ERLICHMAN D/B/A DOTTIE-MAX
AND JOHN DOE NOS. 1-5,

        Defendants.

- - - - - - - - - - - - - - - - - x



08 Civ. 4550 (RJH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/08

**FINAL JUDGMENT AND PERMANENT INJUNCTION
BY CONSENT**

     IT IS HEREBY STIPULATED and agreed by and between the parties, conditional upon the approval of the Court, that it is

     ORDERED, ADJUDGED AND DECREED that defendant Bruce Erlichman ("Erlichman"), doing business as Dottie-Max, and his agents, servants, and employees, and all those acting in concert with them, if any, are hereby PERMANENTLY ENJOINED from (i) infringing (a) the work of plaintiff Pearson Education, Inc. ("Pearson") entitled <u>Introduction to Electrodynamics</u>, which has received United States Certificate of Copyright Registration No. TX0004950391, dated March 25, 1999, (b) the trademarks of Pearson identified on Schedule A hereto, (c) the work of plaintiff

John Wiley & Sons, Inc. ("Wiley") entitled <u>Fundamentals of Physics</u>, which has received United States Certificate of Copyright Registration No. TX0000756079 dated August 31, 1981) and (d) Wiley's trademarks identified on Schedule B hereto, in violation of 17 U.S.C. § 501 or 15 U.S.C. § 1114(a); and (ii) falsely designating the origin of his products or services in violation of the rights of Pearson or Wiley under 15 U.S.C. § 1125(a), and (iii) infringing any copyright or trademark of Pearson or Wiley through the sale or distribution in the United States of any copy of any instructors' solutions manuals or any book marked to prohibit its resale in the United States; and it is further

ORDERED, ADJUDGED and DECREED that claims of Pearson, and Wiley against Bruce Erlichman in this action be, and hereby are, dismissed with prejudice and without costs, except that the Court shall retain jurisdiction to enforce this final judgment and permanent injunction and that the claims of Pearson and Wiley against defendants John Doe Nos. 1-5 are dismissed without prejudice and without costs.

Dated:  New York, New York
        July **7**, 2008

_____
U.S.D.J.

2

Consent to Entry

The parties hereby consent to the entry of the foregoing final judgment and permanent injunction.

Dated: New York, New York
July 2, 2008

    DUNNEGAN LLC

    By *William Dunnegan*
    William Dunnegan (WD 9316)
    Attorneys for Plaintiffs
      Pearson Education, Inc. and
      John Wiley & Sons, Inc.
    350 Fifth Avenue
    New York, New York 10118
    (212) 332-8300


    LAW OFFICE OF
      KAREN J. BERNSTEIN LLC

    By _____
      Karen J. Bernstein (KB6753)
    Attorneys for Defendant
      Bruce Erlichman
    100 Park Avenue, Suite 1600
    New York, New York 10017
    (212) 339-9955


    *Bruce Erlichman*
    Bruce Erlichman

Schedule A
"Pearson Trademarks"

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "Prentice-Hall" | 1,332,044 | 016 |
| 2. "Prentice-Hall" | 1,332,639 | 042 |
| 3. "Prentice-Hall" | 1,375,654 | 009 |

4

Schedule B
"Wiley Trademarks"

| | U.S. Trademark | Registration Number | Class |
|---|---|---|---|
| 1. | "JW" Colophon | 2,168,941 | 009, 042 |
| 2. | "Wiley" | 1,003,988 | 009, 016<br>036, 038 |
| 3. | "Wiley" | 2,159,987 | 009, 042 |

5